# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAWRENCE K. BAERMAN**<br>Clerk<br><br>**JOHN M. DOMURAD**<br>Chief Deputy<br><br>**DAN MCALLISTER**<br>Chief Deputy | James M. Hanley Federal Building<br>P.O. Box 7367, 100 S. Clinton St.<br>Syracuse NY 13261-7367<br>(315) 234-8500 |

10/1/2013

Justin A. Kuehn, Esq.
Bragar, Eagel & Squire
885 Third Avenue
New York NY 10022

RE: Jeffrey D. Reynolds vs. Xerox Education Service, Inc. et al
NYND CASE NO. 6:13-CV-1223 LEK/TWD(LEK/TWD)

Dear Sir or Madam:

Please be advised that pursuant to the Transfer Order dated September 30, 2013, the above action has been transferred to the Northern District of New York for all further proceedings. You are directed to advise this Court in writing, **within thirty (30) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required. The attorney admission forms are enclosed and can also be found on our website at: http://www.nynd.uscourts.gov/. Otherwise, new counsel should file a notice of appearance as soon as possible.

Pursuant to the Transfer Order, the parties are advised that all future filings and inquiries should be made with this Court in accordance with its local rules. Please refer to the NDNY case number listed above on filings.

Any motions previously filed and not completely addressed in the Southern District of New York shall be re-noticed in the Northern District before the proper Judge and in accordance with the local rules. Supporting documentation need not be re-filed.

Very Truly Yours,

LAWRENCE K. BAERMAN, CLERK

By: s/ P. Price, Case Processing Specialist

Encs.
cc: