**BRAGAR EAGEL & SQUIRE, P.C.**
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 15 2013
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

October 9, 2013

<u>By U.S. Mail</u>

Hon. Therese Wiley Dancks, U.S.M.J.
U.S. District Court, Northern District of New York
P.O. Box 7367
100 S. Clinton Street
Syracuse, NY 13261

    Re:  *Reynolds v. Xerox Education Services, LLC*
        *13-cv-1223, LEK/TWD*

Dear Judge Dancks:

  We represent plaintiff Jeffrey Reynolds in the above-captioned action. I write in accordance with the October 1, 2013 letter from the Clerk of the Court [Dkt. No. 29] to inform the Court that I will remain as counsel of record for plaintiff. I submitted my application for admission to the Northern District of New York via FedEx on October 8, 2013. Once I am admitted to this Court I will file a formal notice of appearance on the docket.

                Respectfully submitted,

                Justin Kuehn

cc: (by email)
Edward Lenci, Esq.
Allison J. Schoenthal, Esq.
Robin Lacey Muir, Esq.
I. Stephen Rabin, Esq.

BRAGAR EAGEL & SQUIRE, P.C.
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022

Hon. Therese Wiley Dancks, U.S.M.J.
U.S. District Court, Northern District of New York
P.O. Box 7367
100 S. Clinton Street
Syracuse, NY 13261