UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEFFREY D. REYNOLDS, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

XEROX EDUCATION SERVICES, INC., f/k/a ACS EDUCATION SERVICES, INC. and WELLS FARGO BANK, N.A.,

        Defendants.

---

Case No. 13-cv-1223 (LEK) (TWD)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the previously filed Memorandum of Law in Support of Defendants' Motion to Dismiss, dated June 14, 2013 (Document No. 11); the previously filed Declaration of Robin L. Muir in Support of Defendants' Motion to Dismiss, dated June 14, 2013, and the exhibit thereto (Document No. 12); and all prior pleadings and papers filed in this action, Defendants Xerox Education Services, LLC, sued herein as Xerox Education Services, Inc. f/k/a ACS Education Services, Inc. and Wells Fargo Bank, N.A., by their respective undersigned counsel, will jointly move at the U.S. District Court for the Northern District of New York, the James T. Foley Courthouse thereof, located at 445 Broadway, Albany, New York, 12207, before the Honorable Lawrence E. Kahn, Senior U.S. District Judge, on December 20, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the unjust enrichment cause of action asserted against them by Plaintiff Jeffrey D. Reynolds and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 15, 2013

|  |  |
|---|---|
|  | HINSHAW & CULBERTSON LLP |
| By: | *[signature]* |
|  | Edward K. Lenci |
|  | 800 Third Avenue, 13th Floor |
|  | New York, New York 10022 |
|  | Tel: (212) 471-6200 |
|  | Fax: (212) 935-1166 |
|  | elenci@hinshawlaw.com |

*Counsel for Defendant*
*Xerox Education Services, LLC*

HOGAN LOVELLS US LLP

By: *[signature]*

Allison J. Schoenthal
Robin L. Muir
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.schoenthal@hoganlovells.com
robin.muir@hoganlovells.com

*Counsel for Defendant*
*Wells Fargo Bank, N.A.*