# HINSHAW
& CULBERTSON LLP

Edward K. Lenci
212-471-6212
elenci@hinshawlaw.com

November 26, 2013

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

**VIA ECF**

Hon. Therese Wiley Dancks
United States District Court,
    Northern District of New York
P.O. Box 7346
Syracuse, New York 13261-7346

Re:   Jeffrey D. Reynolds v. Xerox Education Services, Inc. f/k/a
      ACS Education Services, Inc. and Wells Fargo Bank, N.A.
      Docket No. 13-cv-01223-LEK-TWD

Dear Judge Dancks:

I represent Defendant Xerox Education Services, LLC ("XES") in the above-referenced action. Yesterday, XES and its co-Defendant, Wells Fargo Bank, moved to dismiss. I write now, with the agreement of counsel for all parties, to request respectfully that the telephonic conference which is scheduled for December 3, 2013 at 11:00 a.m., as well as the parties' obligation to submit a proposed Case Management Plan, be adjourned until a decision is rendered on Defendants' motion.

Thank you for your attention.

Respectfully,

HINSHAW & CULBERTSON LLP

Edward K. Lenci

EKL:jac

cc:   Allison J. Schoenthal, Esq.
      Stephen Rabin, Esq.
      Justin Kuehn, Esq.
      Robin Muir, Esq.

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

130698393v1 0943971