UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. REYNOLDS , *on behalf of himself and all others similarly situated*, <br><br>  Plaintiff, <br> -against - <br><br> XEROX EDUCATION SERVICES, LLC, and WELLS FARGO BANK, N.A. <br><br> Defendants. | Docket No: 13-cv-01223-LEK-TWD <br><br> **STIPULATION** |

**IT IS STIPULATED and AGREED** among counsel that the time for XEROX EDUCATION SERVICES, LLC, and WELLS FARGO BANK, N.A, to answer or move with respect to the Amended Class Action Complaint is extended to January 10, 2014, inclusive.

Dated: December 19, 2013

BRAGER, EAGEL& SQUIRE, PC

By: __s/ Justin A. Kuehn_____
     Justin A. Kuehn

885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 880-3722

*For Plaintiff*

HOGAN LOVELLS US LLP


By:__s/ Robin Muir_____
        Robin Muir

875 Third Avenue
New York, New York
Tel: (212) 918-3000

*For Defendant Wells Fargo Bank, N.A.*

HINSHAW & CULBERTSON LLP


By:__s/ Edward K. Lenci_____
      Edward K. Lenci

800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6200

*For Xerox Education Services, LLC*

*SO ORDERED:* _____

130707038v1 0943971