UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JEFFREY D. REYNOLDS,

        Plaintiff,

    -against-

XEROX EDUCATION SERVICES, INC., f/k/a ACS EDUCATION SERVICES, INC. and WELLS FARGO BANK, N.A.,

        Defendants.

-------------------------------------------------------------------x

13-cv-1223 (LEK) (TWD)

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated January 10, 2014; the accompanying Declaration of Robin L. Muir in Support of Defendants' Motion to Dismiss, dated January 10, 2014; the accompanying Declaration of Edward K. Lenci, dated January 10, 2014; the accompanying Declaration of Jamie Broedel, dated January 10, 2014; and upon all prior pleadings and papers filed in this action, defendants Xerox Education Services, LLC, sued herein as Xerox Education Services, Inc. f/k/a ACS Education Services, Inc. and Wells Fargo Bank, N.A., by their respective undersigned counsel, will jointly move at the U.S. District Court for the Northern District of New York, the James T. Foley Courthouse thereof, located at 445 Broadway, Albany, New York 12207, before the Honorable Lawrence E. Kahn, Senior U.S. District Judge, on February 21, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims asserted against them by plaintiff Jeffrey D. Reynolds in his "Amended Class Action Complaint," filed on December 6, 2013, with prejudice, and granting such other and further relief as this Court deems just and proper.

2

New York, New York
January 10, 2014

        HINSHAW & CULBERTSON LLP

By:   /s/ Edward K. Lenci
       Edward K. Lenci
       780 Third Avenue, 4th Floor
       New York, New York 10017
       Tel: (212) 471-6200
       Fax: (212) 935-1166
       elenci@hinshawlaw.com
       *Counsel for Defendant*
       *Xerox Education Services, LLC*

        HOGAN LOVELLS US LLP

By:   /s/ Robin L. Muir
       Allison J. Schoenthal
       Robin L. Muir
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 918-3000
       Fax: (212) 918-3100
       allison.schoenthal@hoganlovells.com
       robin.muir@hoganlovells.com
       *Counsel for Defendant*
       *Wells Fargo Bank, N.A.*