UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. REYNOLDS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>XEROX EDUCATION SERVICES, LLC, *f/k/a* ACS EDUCATION SERVICES, INC. and WELLS FARGO BANK, N.A.,<br><br>                Defendants. | Case No. 6:13-cv-1223 LEK/TWD |

**DECLARATION OF JUSTIN A. KUEHN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Justin A. Kuehn, declares as follows:

1. I am an associate at the law firm Bragar Eagel & Squire, P.C., counsel for plaintiff Jeffrey D. Reynolds ("Plaintiff") and the putative class. I submit this declaration in opposition to defendants Xerox Education Services, LLC's ("Xerox") and Wells Fargo Bank, N.A.'s ("U.S. Bank") (collectively, "Defendants") motion to dismiss.

2. Attached as Exhibit A is a copy of Plaintiff's repayment history for the Consolidated Student Loan (as defined in ¶7 of the Amended Complaint [Dkt No. 50]).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 4, 2014

                                                                         __s/Justin A. Kuehn__
                                                                            Justin A. Kuehn